# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

February 21, 2025

CL-2024-0397

M.A.D. v. Jefferson County Department of Human Resources (Appeal from Jefferson Juvenile Court:  JU-21-1232.02).

CL-2024-0398

M.A.D. v. Jefferson County Department of Human Resources (Appeal from Jefferson Juvenile Court:  JU-21-1233.03).

CL-2024-0399

M.A.D. v. Jefferson County Department of Human Resources (Appeal from Jefferson Juvenile Court:  JU-21-1234.02).

CL-2024-0400

M.A.D. v. Jefferson County Department of Human Resources (Appeal from Jefferson Juvenile Court:  JU-23-654.02).

CL-2024-0406

L.D. v. Jefferson County Department of Human Resources (Appeal from Jefferson Juvenile Court:  JU-21-1232.02).

CL-2024-0407

L.D. v. Jefferson County Department of Human Resources (Appeal from Jefferson Juvenile Court:  JU-21-1234.02).

CL-2024-0408

L.D. v. Jefferson County Department of Human Resources (Appeal from Jefferson Juvenile Court:  JU-21-1233.03).

CL-2024-0409

L.D. v. Jefferson County Department of Human Resources (Appeal from Jefferson Juvenile Court:  JU-23-654.02).

## NOTICE

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

The motion to strike filed by guardian ad litem Julie Marks is denied as moot.

Moore, P.J., and Edwards, Hanson, Fridy, and Lewis, JJ., concur.

Seth P. Rhodebeck, Clerk